Fourth Appellate Department, June, 1899. Reported. 42 App. Div. 624.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEMAN J. RED-FIELD, Appellant, *v.* FOSTER W. WALKER, as County Treasurer of Livingston County, Respondent.

This is an appeal from an order made upon the return of a writ of certiorari to review the action of the county treasurer in refusing to issue a liquor tax certificate. The town clerk of Livonia filed with the treasurer an unverified statement of the result on the local option vote in his town, and it was upon this statement, so filed, that the county treasurer refused to issue certificate. The opinion of the Special Term in this case is reported as People ex rel. Clint *v.* Hamilton, 27 Misc. 360.

*Forsyth Bros.,* attorneys for appellant.

The county treasurer was a ministerial officer and as such had no right to exercise discretionary power. (*People ex rel. Belden,* 28 App. Div. 140.) Being a ministerial officer he could take into consideration no evidence or notification other than that which the statute provides. (*People ex rel. Darby* v. *Rice,* 129 N. Y. 466, 467.)

The court below erred in stating that the election of the town had legally and properly declared against the sale of liquors therein, because there is no evidence before him that any election at all was held. The certificate or statement of the town clerk is no evidence of it. (Section 922 of the Code of Civil Procedure; *Water Commissioners* v. *Lansing,* 45 N. Y. 16; *Wolff* v. *Washburn,* 6 Cow. 261; *Anderson* v. *James,* 4 Robt. 35; *Parr* v. *Village of Greenbush,* 72 N. Y. 469; *Triplet* v. *The Mayor,* 125 N. Y. 617.)

*P. W. Cullinan,* attorney for respondent.

The orders appealed from should be affirmed on the authority of *People ex rel. Leonard* v. *Hamilton,* 42 App. Div. 212.

Order affirmed, with ten dollars costs and disbursements.

All concurred.